IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

**JULIA DES-OGUGUA,**

        **Plaintiff,**

**V.**                                **CIVIL NO. 2:11-CV-419**

**SAMUEL I. WHITE, P.C.,**

        **Defendant.**

## NOTICE OF APPEARANCE

Kristi C. Kelly, Esq. of Surovell Isaacs Petersen & Levy, PLC, 4010 University Drive, Second Floor, Fairfax, VA 22030 hereby notes her appearance as counsel in this case on behalf of the Plaintiff.

Please copy her with all matters in this case.

                                        **JULIA K. DESOGUGUA**,

                                        By_____/s/ Kristi C. Kelly_____
                                                   Of Counsel

Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com

Leonard A. Bennett
Virginia State Bar No. 37523
Susan M. Rotkis
Virginia State Bar No. 40639
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201

Newport News, Virginia 23606
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew J. Erausquin
Virginia State Bar No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile:  (888) 892-3512
Email: matt@clalegal.com

Dale W. Pittman
Virginia State Bar No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:

John C. Lynch
Virginia State Bar No. 39267
Ethan G. Ostroff
Virginia State Bar No. 71610
Maryia Y. Jones
Virginia State Bar No. 78645
TROUTMAN SANDERS, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com
Email: ethan.ostroff@troutmansanders.com
Email: maryia.jones@troutmansanders.com

*Counsel for Defendant*

_____/s/ Kristi C. Kelly_____
Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com